FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 JUL 24 PM 3:47
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. CR608-37 |
| | ) | |
| LUMUMBA HAWKINS, ET AL. | ) | |

ORDER

The above captioned case filed in the Statesboro Division of this Court was previously assigned to the Honorable B. Avant Edenfield.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable Lisa Godbey Wood for further plenary disposition.

SO ORDERED, this 24th day of July, 2018.

J. Randal Hall
Chief United States District Judge
Southern District of Georgia